■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMMY NAPOLITANO, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered November 13, 1986, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We find that the defendant was not deprived of effective

assistance of counsel. A review of the totality of the evidence, the law, and the circumstances of this case as of the time of the representation, reveals that the defendant was provided meaningful representation *(see, People v Baldi,* 54 NY2d 137). The defense counsel presented an effective case which included the defense of intoxication. He vigorously cross-examined the prosecution witnesses, raised numerous objections, and delivered a summation consistent with the defense's theory.

We also reject the defendant's argument that the trial court erred in limiting the defense counsel's cross-examination of a prosecution witness on the question of whether he knew if the deceased had a reputation for carrying a gun. Since the defendant did not raise the issue of justification, the trial court's ruling was correct *(see, People v Jones,* 140 AD2d 627; *cf., People v Miller,* 39 NY2d 543).

We have reviewed the defendant's remaining contention and find it to be without merit. Kooper, J. P., Sullivan, Harwood and Rosenblatt, JJ., concur.